**SO ORDERED.**

**SIGNED this 10th day of June, 2016.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-7a
(Rev. 03/16)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re:  )<br>  )<br>Bauer, Carol A.          xxx-xx-3094   )<br>542 Drum Road                     )<br>Reidsville, NC 27320              )<br>  )<br>  )<br>  )<br>              Debtor.  ) | **ORDER CONFIRMING PLAN**<br>**CHAPTER 13**<br><br>Case No. 16-10282 C-13G |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

I.  The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

II. The attorney for the Debtor is Brandi L. Richardson;

III. Under the final plan (the "Plan") as proposed:

    **A.  Plan Payments**

        1. The Debtor is to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2. The monthly plan payment to the Trustee is $90.00 beginning April 22, 2016, increasing to $110.00 per month effective May 2016;

    **B.  Administrative Costs**

        1. **Attorney Fees.** The Attorney for the Debtor is allowed the base fee of $2,500.00. The Attorney has received no fee from the Debtor pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

  2. **Trustee costs.**  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**C.** **Priority Claims**

 Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

  1. Internal Revenue Service
  2. NC Department of Revenue
  3. Rockingham County Tax

**D.** **Secured Claims**

  1. **Long-term Debts – To be paid directly by Debtor.**

| Creditor & Property | Claim Filed (Y/N) | Regular Payment |
|---|---|---|
| ROCKINGHAM COUNTY TAX<br>542 Drum Road<br>Reidsville, NC | N | Real property taxes 2016 forward - escrowed |
| *CARRINGTON MORTGAGE SERVICES<br>542 Drum Road<br>Reidsville, NC | N | $601.20 w/escrow for tax & ins. |

**\*The Creditor is required to file a claim documenting a non-preferential perfected lien against the real property in order for the Debtor to pay direct payments on the indebtedness.**

**E.** **General Unsecured Claims Not Separately Classified**

 General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration.  The estimated dividend to general unsecured claims is 0%.

**F.** **Executory Contracts/Leases**

  1. **Assumed and paid directly by the Debtor.**

| Creditor | Property | Monthly payment |
|---|---|---|
| *KIA MOTORS FINANCE COMPANY | 2014 Kia | $169.97 |

**\*Payment due the 20th day of the month and final payment April 20, 2017.**

  2. **Rejected.**

| Creditor | Property |
|---|---|
| **CARE ONE SERVICES** | **Debt settlement contract** |

 **G.** The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, OR a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments;

- 3 -

**H.**   The terms and provisions of the Amended Standing Order dated March 11, 2016, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov**.

**I.**   **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10282 C-13G

```
ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720
```